UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-210-LDG-LRL |
| Plaintiff, ) | |
| vs. ) | |
| ROBERT YOUNG ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#713) on April 18, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WALMART
Amount of Restitution: $37,507.00

**Total Amount of Restitution ordered:** $37,507.00

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE